

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00105-CV

**IN THE INTEREST OF C.D.L.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01955
Honorable Christine Vasquez-Hortick, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND CHIEF JUSTICE MARION (RET.)[1]

In accordance with this court's opinion of this date, the trial court's order terminating appellants' parental rights is AFFIRMED. No costs of appeal are taxed against appellants.

SIGNED July 10, 2024.

Liza A. Rodriguez, Justice

---

[1]Sitting by assignment pursuant to section 74.003(b) of the Texas Government Code